RECEIVED

JG

12/22/2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Tyrion S. Hodges

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

John Mahoney
Brian Nelligan
Noora Shubbiak
Laura Lopez
Kerry Kennedy

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: **1:20-CV-07712**
(To be supplied by the Clerk of this Court)

JUDGE ROWLAND
MAGISTRATE JUDGE COX

**PC2**

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: Tyrion S. Hodges

B.    List all aliases: NA

C.    Prisoner identification number: Y33917

D.    Place of present confinement: CC DOC

E.    Address: 2600. S. California Ave.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: John Mahoney JCR. 2130

Title: Circuit Court Judge.

Place of Employment: 5 Dist Court 10220 S. 76th Ave Bridgeview IL, 60455

B.    Defendant: Brian Nelligan #51

Title: Hickory Hills Police Officer

Place of Employment: 8800 W. 87th St. Hickory Hills IL, 60457

C.    Defendant: Noora Shubbak

Title; ASA States Attorney

Place of Employment: Dist 5 10220 S. 76th Ave Bridgeview IL, 60455

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                    Revised 9/2007

D. Kerry Kennedy
Circuit Court Judge
Dist 5. 10220 S. 76 Ave Bridgeview IL, 60455

E. Laura Lopez
Assistant States Attorney
Dist 5 10220 S. 76th Ave. Bridgeview IL, 60455

* each Defendant is being Sued invidually and his or her Official Composity. At all times mentioned in this arguement Defendants Act under Color of law.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: K9-B353

B. Approximate date of filing lawsuit: 4-15-19

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NA

D. List all defendants: Washington County, WI etc

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Washington County WI WEST BEND

F. Name of judge to whom case was assigned: Nancy Joseph or J. pstudt nuever

G. Basic claim made: Deflimation Of Character

H. Disposition of this case (for example; Was the case dismissed? Was it appealed? Is it still pending?): Dismissed, NO APPEAL, NOT PENDING

I. Approximate date of disposition: 5-15-19

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3                                                    Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _1:20-CV-6643_

B. Approximate date of filing lawsuit: _11-19-20_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _NA_

D. List all defendants: _Thomas Dart, Rochelle Parker Et.al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _219 S. Dearborn St._

F. Name of judge to whom case was assigned: _John F. Kness_ _Jeffrey Cole_

G. Basic claim made: _Accessive force, metal Anguish LIED etc._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _NA PENDING_

I. Approximate date of disposition: _NA_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3 A                                     Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *1. 20 - CV - 6646*

B. Approximate date of filing lawsuit: *11-19-20*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *N/A*

D. List all defendants: *Thomas Dart Etal Rochelle Parker Etal.*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *219. S Dearborn St.*

F. Name of judge to whom case was assigned: *Jeffrey Cole*

G. Basic claim made: *Accessive force, IIED, etc.*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *PEINDING*

I. Approximate date of disposition: *N/A*

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3B

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _1:20-CV-6649_

B. Approximate date of filing lawsuit: _11-19-20_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _NA_

D. List all defendants: _Thomas Dart, Rochelle Parker etal_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _219 S. Dear born St._

F. Name of judge to whom case was assigned: _Jeffrey Cole_

G. Basic claim made: _Accessive force, IIED, etc._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _PENDING_

I. Approximate date of disposition: _NA_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *1;20 CV 6651*

B. Approximate date of filing lawsuit: *11-19-20*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *NA*

D. List all defendants: *Thomas Dart etc.*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *219 S. Dearborn*

F. Name of judge to whom case was assigned: *Jeffrey Cole*

G. Basic claim made: *Accessive force*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *PENDING*

I. Approximate date of disposition: *NA*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3D

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 1 20 CV 6654

B. Approximate date of filing lawsuit: 11-19-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NA

Thomas Dobbesepo.

D. List all defendants: Thomas Dant etc.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 219 S. Dearborn

F. Name of judge to whom case was assigned: Jeffrey Cole

G. Basic claim made: Accessive force, IIED etc

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: NA

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3E

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Tyrion Hodges V. Rochelle Parker_ _1:20-CV-4760_

B. Approximate date of filing lawsuit: _8-13-20_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _NA_

D. List all defendants: _Rochelle Parker, C. Zanfirescu, T. Rusher Diaz, M.Brown and Rogers._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _219 S. Dearborn_

F. Name of judge to whom case was assigned: _Jeffrey Cole_

G. Basic claim made: _Accessive farce_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _PENDING_

I. Approximate date of disposition: _NA_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

John Mahoney Violated my 4th, 5th, 14th and 8th Amends, on Dec 6.2019 He issued A Arrest Warrant based on the Contents of the complant and testimony that He Knew didnt Comply with ILCS or Code of Criminial proceedure, Depriving me of equal protection Of the laws and proper dueprocess Subjecting me to Cruel; Unusual Punishment and Wrongfully Imprisioned;

Brian Nelligan Violated My 4th, 5th/14th and 8th Amends because On Dec 6 2019 He Recieved A legitimate arrest warrant by purguiring His Signature As Complantant When he Knew he was not and did So maliciously, Depriving me of equal protection of the laws, proper dueprocess Subjecting me to Wrongfully imprisioned and to Cruel; Unusual Punishment.

Noora Shubbak violated my 5th/14th, 4th and 8th Amends. On Dec 6 2019 because she deliberately allowed Brian Nelligan to Maliciously Submit the Complant when She viewed from the Contents it Did not Comply with ILCS or Code Criminal Proceedure.

4

Revised 9/2007

Depriving me of equal protection of the laws and proper Dueprocess and According to Transcripts Cooperating with B. Nelligan, Maliciously prosecuting me subjecting me to Cruel ; Unusual Pun. and to Be Wronfully Arrested and Imprisioned.

Laura Lopéz Violated my 5th/14th and 8th Amends. because she deliberately Refused to Dismiss the Charge Based On the invalid Complaint After filed A timely pretrial motion To Dismiss Complaint based On Several ILCS and Motion to Quash Arrest On Simular Grands, But responding arguing against ILCS, Depriving me of equal Protection Of the laws and proper Dueprocess maliciously prosecuting me subjecting me to Cruel and Unusual Pun.

Kenny Kennedy Violated my 5th, 14th and 8th Amends. because He Knew that the complaint violated my Dueprocess and ILCS as well As Code Of Criminal Procedure but refused to Dismiss after I challenged it In timely pretrial motion and on Record. Depriving me equal protection of the laws, proper Due process life and liberty maliciously Subjecting me to Intentional emotional Distress which is Cruel ; Unusual Pun.

5

Revised 9/2007

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Will be Continuously Be injured by Conduct of Defendants Unless granted Injunctive, Declatory and Monetary Relief Which Plaintiff Seeks.
Compensatory / Punitive Damages
Costs and Attorney fees To Suit
Any Relief Court seems Just

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __15__ day of __Oct__, 20 __20__

_Tyrian Hodges_
(Signature of plaintiff or plaintiffs)

_Tyrion S. Hodges_
(Print name)

_#2020020106S_
(I.D. Number)

_2600 S. California Ave._
_Chicago IL, 60608   PO Box 089002_
(Address)

6                                    Revised 9/2007

# PROOF OF SERVICE / NOTICE OF FILING
## In the Circuit Court Of Cook County Illinois

)

John T. Gallagher, John Huff, Swendsen Etal )

; )

John Mahoney, Brian Nelligan Etal )

V. )

Tyrion S. Hodges )

To: Clerk Thomas Burton 219 S. Dearborn St. Chicago IL, 60604

### AFFIDAVIT

I Tyrion Hodges hearby notify the above person and Address On todays Date Of 12/15/20 I have Submitted in U.S mail Proper postage prepaid with Two Completed 1983 forms. Under the penalties Of Purjury I Declare the foregoing Correct.

OFFICIAL SEAL
M GAUTHIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/17/21

X _____
NOTARY

Tyrion S. Hodges

Tyron Hodges

#20200201065

PO Box 089002

Chicago IL, 60608

12/15/20

Tyrion S. Hodges #20200201065
P.O Box 089002
Chicago IL, 60608





Clerk Thomas G. Burton
219. S. Dearborn St.
Chicago IL, 60604

RECEIVED

DEC 22 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Proof Of Service
PROVIDED